**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Vecto, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-3749338** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **7700 Brush Hill Road, Suite 135** **Willowbrook, IL 60527** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **DuPage** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **Vecto, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor   **Vecto, Inc.**                                                     Case number (*if known*) _____
   Name

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____   When _____ | Case number, if known _____ |

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
      Contact name _____
      Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor   **Vecto, Inc.**
         Name                                                                Case number (*if known*)

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Vecto, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **April 2, 2023**
                 MM / DD / YYYY

**X** **/s/ Jonas Kaminskas**                               **Jonas Kaminskas**
Signature of authorized representative of debtor            Printed name

Title      **President**

---

**18. Signature of attorney**

**X** **/s/ David Freydin**                          Date   **April 2, 2023**
Signature of attorney for debtor                            MM / DD / YYYY

**David Freydin**
Printed name

**Law Offices of David Freydin**
Firm name

**8707 Skokie Blvd**
**Suite 305**
**Skokie, IL 60077**
Number, Street, City, State & ZIP Code

Contact phone   **888-536-6607**       Email address   **david.freydin@freydinlaw.com**

**6286192 IL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Vecto, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 2, 2023**     X **/s/ Jonas Kaminskas**
                                        Signature of individual signing on behalf of debtor

                                        **Jonas Kaminskas**
                                        Printed name

                                         **President**
                                         Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Vecto, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Ascentium Capital PO BOX 979059 Miami, FL 33197-9000** | | **Two 2018 Volvo trucks**<br><br>**4V4NC9EH1JN961 263 4V4NC9EH4JN961 290** | | **$207,000.00** | **$100,000.00** | **$107,000.00** |
| **Banterra Bank PO BOX 310 Marion, IL 62959** | | **Five 2023 Utility Trailers**<br><br>**1UYVS2536P3880 629 1UYVS2532P3880 630 1UYVS2537P3881 224 1UYVS2539P3881 225 1UYVS2530P3881 226** | | **$286,200.00** | **$210,000.00** | **$76,200.00** |
| **Blue Vine/Celtic Bank 401 Warrent St. Suite 300 Redwood City, CA 94063** | | **loan** | | | | **$75,000.00** |
| **Capital One Attn: Bankruptcy Po Box 30285 Salt Lake City, UT 84130** | | **loan** | | | | **$50,000.00** |

Debtor  **Vecto, Inc.**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Continental Bank 15 W South Temple Suite 300 Salt Lake City, UT 84101** | | **Two 2019 Kenworth trucks; Debtor will surrender these trucks**<br><br>**1XKYD49X4JJ209 000 1XKYD49X4JJ209 045** | | **$220,000.00** | **$77,000.00** | **$143,000.00** |
| **Deaprtment of Treasury SBA 409 3rd St. SW Washington, DC 20416** | | **SBA loan** | | | | **$150,000.00** |
| **Driver Lab W 7972 Glacier Oxford, WI 53952** | | **vendor** | | | | **$41,000.00** |
| **Engs Commercial Finance Co. 1 Pierce Pl #1100 Itasca, IL 60143** | | **2020 Peterbuilt truck; VIN: 1XPBDP9X4LD651 066; In the repair shop for 5 months. Cant be fixed; Currently parked at 20340 Stony Island Ave, Lynwood, IL** | | **$105,000.00** | **$45,000.00** | **$60,000.00** |
| **Engs Commercial Finance Co. 1 Pierce Pl #1100 Itasca, IL 60143** | | **2019 Volvo truck; VIN: 4V4NC9EH1KN871 967** | | **$105,000.00** | **$45,000.00** | **$60,000.00** |
| **Huntington Bank Attn: Bankruptcy Po Box 182519 Columbus, OH 43218** | | **loan** | | | | **$98,992.00** |
| **Internal Revenue Service PO BOX 7346 Philadelphia, PA 19101** | | | **Disputed** | | | **$100,000.00** |
| **Kabbage 730 Peachtree St. NE Suite 1100 Atlanta, GA 30308** | | **loan** | | | | **$150,000.00** |
| **Kunkle and Associates 401 Data Ct Dubuque, IA 52003** | | **vendor** | | | | **$135,000.00** |

| Debtor | **Vecto, Inc.** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Marlin Capital Soluitions PO BOX 13004 Philadelphia, PA 19101** | | **2018 Volvo; VIN: 4V4NC9EH1JN961 330 Debtor will surrender the truck** | | **$98,000.00** | **$41,000.00** | **$57,000.00** |
| **Marlin Capital Soluitions PO BOX 13004 Philadelphia, PA 19101** | | **2018 Kenworth truck; VIN: 1XKYD49XXJJ209 048; Rear differential and axels need repair. Currently parked at RVK Trucking, Inc., 13833 Leola Drive, Lake** | | **$98,000.00** | **$41,000.00** | **$57,000.00** |
| **OnDeck 1400 Broadway New York, NY 10018** | | **loan** | | | | **$52,000.00** |
| **PNC Bank Attn: Bankruptcy Department Po Box 94982: Mailstop Br-Yb58-01-5 Cleveland, OH 44101** | | **loan** | | | | **$90,947.00** |
| **TAB Bank 4185 Harrison Blvd. Ogden, UT 84403** | | **Three 2023 Utility trailers 1UYVS2530P3880 626 1UYVS2532P3880 627 1UYVS2534P3880 628** | | **$171,000.00** | **$126,000.00** | **$45,000.00** |
| **Us Bank Attn: Bankruptcy Po Box 5229 cincinnati, OH 45201** | | **2018 Volvo truck; 4V4NC9EH1JN961 263** | | **$115,000.00** | **$49,000.00** | **$66,000.00** |
| **Vendomatic 433 Burlington Ave Clarendon Hills, IL 60514** | | **vendor** | | | | **$75,000.00** |

**Fill in this information to identify the case:**

Debtor name    **Vecto, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | **Summary of Assets** |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................    $            **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................    $     **1,207,500.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................    $     **1,207,500.00**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     **1,960,200.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $      **138,000.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$    **1,244,253.24**

4.   Total liabilities ...........................................................................................................
    Lines 2 + 3a + 3b                                                                                        $     **3,342,453.24**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Vecto, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

| | | | | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Chase Bank** | **Checking** | **1217** | **$10,000.00** |
| 3.2. | **Chase Bank** | **Checking** | **1660** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                          **$10,000.00**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. | **DEL Transportation and Leasing deposit for leased equipment** | **$2,500.00** |
| --- | --- | --- |

Debtor    **Vecto, Inc.**                                    Case number *(If known)* _____
        Name

| 7.2. | **Ryder deposit for leased equipment** | $5,000.00 |

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**                                                      | $7,500.00 |
   Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:            **45,000.00**    -    **0.00**    = ....    | **$45,000.00** |
                                     face amount           doubtful or uncollectible accounts

12. **Total of Part 3.**                                                      | $45,000.00 |
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** Office furniture | $0.00 | Liquidation | $500.00 |

| Debtor | **Vecto, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

| **Old Dell computers** | **$0.00** | **Liquidation** | **$500.00** |
|---|---|---|---|

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| | **$1,000.00** |
|---|---|

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1.   **Three 2023 Utility trailers**<br>**1UYVS2530P3880626**<br>**1UYVS2532P3880627**<br>**1UYVS2534P3880628** | **$0.00** | **Comparable sale** | **$126,000.00** |
| 47.2.   **Five 2023 Utility Trailers**<br><br>**1UYVS2536P3880629**<br>**1UYVS2532P3880630**<br>**1UYVS2537P3881224**<br>**1UYVS2539P3881225**<br>**1UYVS2530P3881226** | **$0.00** | **Comparable sale** | **$210,000.00** |
| 47.3.   **Two 2023 Utility Trailers**<br><br>**1UYVS253XP3821406**<br>**1UYVS2537P3821413** | **$0.00** | **Comparable sale** | **$80,000.00** |
| 47.4.   **Two 2023 Utility Trailers**<br><br>**1UYVS2539P3821414**<br>**1UYVS2530P3821415** | **$0.00** | **Comparable sale** | **$80,000.00** |

| Debtor | **Vecto, Inc.** | Case number *(If known)* | |
| | Name | | |

| 47.5. | **Two 2022 Utility trailers** | | | |
| | **1UYVS2536N3584524** | | | |
| | **1UYVS2538N3584525** | $0.00 | Comparable sale | $70,000.00 |
| 47.6. | **2018 Freightliner Cascadia Truck; VIN: 3AKJGLD51GSHD4612 engine blown; currently parked at Versa Trailer Repair; 2410 West 140th St, Posen, IL 60469 Debtor will surrender this vehicle** | $0.00 | Comparable sale | $5,000.00 |
| 47.7. | **2019 Volvo truck; VIN: 4V4NC9EH1KN871967** | $0.00 | Comparable sale | $45,000.00 |
| 47.8. | **2016 Freightliner Cascadia; VIN: 3AKJGLD51GSGU1237** | $0.00 | Comparable sale | $15,000.00 |
| 47.9. | **2019 Volvo truck; VIN: 4V4NC9EHXKN208137** | $0.00 | Comparable sale | $41,000.00 |
| 47.10. | **Two 2019 Volvo trucks:** | | | |
| | **4V4NC9EH1KN897680** | | | |
| | **4V4NC9EH5KN897679** | $0.00 | Comparable sale | $76,000.00 |
| 47.11. | **Two 2019 Kenworth trucks; Debtor will surrender these trucks** | | | |
| | **1XKYD49X4JJ209000** | | | |
| | **1XKYD49X4JJ209045** | $0.00 | Comparable sale | $77,000.00 |
| 47.12. | **2018 Kenworth truck; VIN: 1XKYD49XXJJ209048; Rear differential and axels need repair. Currently parked at RVK Trucking, Inc., 13833 Leola Drive, Lake Bluff, IL 60044** | $0.00 | Comparable sale | $41,000.00 |
| 47.13. | **2018 Volvo truck; 4V4NC9EH1JN961263** | $0.00 | Comparable sale | $49,000.00 |
| 47.14. | **Two 2018 Volvo trucks** | | | |
| | **4V4NC9EH1JN961263** | | | |
| | **4V4NC9EH4JN961290** | $0.00 | Comparable sale | $100,000.00 |
| 47.15. | **2018 Volvo; VIN: 4V4NC9EH1JN961330 Debtor will surrender the truck** | $0.00 | Comparable sale | $41,000.00 |
| 47.16. | **2019 Volvo truck; VIN: 4V4NC9EH8KN905581** | $0.00 | Comparable sale | $43,000.00 |

| Debtor | **Vecto, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 47.17. | **2020 Peterbuilt truck; VIN: 1XPBDP9X4LD651066; In the repair shop for 5 months. Cant be fixed; Currently parked at 20340 Stony Island Ave, Lynwood, IL 60411 (Macedon Truck and Trailer Repair)** | $0.00 | Comparable sale | $45,000.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.   **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $1,144,000.00 |
|---|

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Vecto, Inc.**            Case number *(If known)* _____
          Name

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $7,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $45,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,144,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,207,500.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,207,500.00 |

**Fill in this information to identify the case:**

Debtor name **Vecto, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Ascentium Capital**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Two 2023 Utility Trailers** | $116,000.00 | $80,000.00 |

**2.1** | **Ascentium Capital**
Creditor's Name

Describe debtor's property that is subject to a lien
**Two 2023 Utility Trailers**

**PO BOX 979059**
**Miami, FL 33197**

1UYVS2539P3821414
1UYVS2530P3821415

Creditor's mailing address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1851**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.2** | **Ascentium Capital**
Creditor's Name

Describe debtor's property that is subject to a lien
**Two 2018 Volvo trucks**                    $207,000.00          $100,000.00

**PO BOX 979059**
**Miami, FL 33197-9000**

4V4NC9EH1JN961263
4V4NC9EH4JN961290

Creditor's mailing address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

Debtor   **Vecto, Inc.**
_____
Name

Case number (if known) _____

---

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Banterra Bank** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Five 2023 Utility Trailers**

$286,200.00     $210,000.00

**1UYVS2536P3880629**
**1UYVS2532P3880630**
**1UYVS2537P3881224**
**1UYVS2539P3881225**
**1UYVS2530P3881226**

**PO BOX 310**
**Marion, IL 62959**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7562**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **BMO Harris Bank** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Two 2022 Utility trailers**

$75,000.00     $70,000.00

**Attn: Bankruptcy**
**Po Box 2035**
**Milwaukee, WI 53201**

**1UYVS2536N3584524**
**1UYVS2538N3584525**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**6001**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **BMO Harris Bank** | **Describe debtor's property that is subject to a lien** | $116,000.00 | $76,000.00 |
|---|---|---|---|---|

---

Debtor    **Vecto, Inc.**
_____
Name                                          Case number (if known) _____

_____
Creditor's Name

**Two 2019 Volvo trucks:**

**Attn: Bankruptcy**
**Po Box 2035**                              **4V4NC9EH1KN897680**
**Milwaukee, WI 53201**                      **4V4NC9EH5KN897679**
_____
Creditor's mailing address

Describe the lien
**Purchase Money Security**
_____
Is the creditor an insider or related party?
■ No
_____
Creditor's email address, if known           ☐ Yes
                                             Is anyone else liable on this claim?
**Date debt was incurred**                   ☐ No
                                             ■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**            As of the petition filing date, the claim is:
**interest in the same property?**           Check all that apply
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative     ☐ Disputed
priority.

---

| 2.6 | **Bryn Mawr Bank** | Describe debtor's property that is subject to a lien | $13,000.00 | $15,000.00 |

_____
Creditor's Name                              **2016 Freightliner Cascadia; VIN:**
                                             **3AKJGLD51GSGU1237**
**50 West Lancaster**
**Ardmore, PA 19003**
_____
Creditor's mailing address

                                             Describe the lien
                                             **Purchase Money Security**
                                             _____
                                             Is the creditor an insider or related party?
                                             ■ No
_____
Creditor's email address, if known           ☐ Yes
                                             Is anyone else liable on this claim?
**Date debt was incurred**                   ☐ No
                                             ■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)
**Last 4 digits of account number**
**PCGT**
_____
**Do multiple creditors have an**            As of the petition filing date, the claim is:
**interest in the same property?**           Check all that apply
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative     ☐ Disputed
priority.

---

| 2.7 | **Continental Bank** | Describe debtor's property that is subject to a lien | $55,000.00 | $41,000.00 |

_____
Creditor's Name                              **2019 Volvo truck; VIN: 4V4NC9EHXKN208137**
**15 W South Temple**
**Suite 300**
**Salt Lake City, UT 84101**
_____
Creditor's mailing address

                                             Describe the lien
                                             **Purchase Money Security**
                                             _____
                                             Is the creditor an insider or related party?
                                             ■ No
_____
Creditor's email address, if known           ☐ Yes
                                             Is anyone else liable on this claim?
**Date debt was incurred**                   ☐ No
                                             ■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)
**Last 4 digits of account number**

Debtor   **Vecto, Inc.**
_____
Name

Case number (if known) _____

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Continental Bank** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Two 2019 Kenworth trucks; Debtor will surrender these trucks**

$220,000.00    $77,000.00

**15 W South Temple**
**Suite 300**
**Salt Lake City, UT 84101**
Creditor's mailing address

1XKYD49X4JJ209000
1XKYD49X4JJ209045

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Continental Bank** | | | |
|---|---|---|---|---|

Creditor's Name

**15 W South Temple**
**Suite 300**
**Salt Lake City, UT 84101**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2019 Volvo truck; VIN: 4V4NC9EH8KN905581**

$55,000.00    $43,000.00

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3619**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Engs Commercial Finance Co.** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2019 Volvo truck; VIN: 4V4NC9EH1KN871967**

$105,000.00    $45,000.00

**1 Pierce Pl #1100**
**Itasca, IL 60143**

Debtor   **Vecto, Inc.**
_____   Case number (if known) _____

Name

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**
_____
**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0576**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 1 | **Engs Commercial Finance Co.** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**   $105,000.00   $45,000.00

**2020 Peterbuilt truck; VIN: 1XPBDP9X4LD651066; In the repair shop for 5 months. Cant be fixed; Currently parked at 20340 Stony Island Ave, Lynwood, IL 60411 (Macedon Truck and Trailer Repair)**

**1 Pierce Pl #1100**
**Itasca, IL 60143**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**
_____
**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0576**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 2 | **Marlin Capital Soluitions** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**   $98,000.00   $41,000.00

**2018 Kenworth truck; VIN: 1XKYD49XXJJ209048; Rear differential and axels need repair. Currently parked at RVK Trucking, Inc., 13833 Leola Drive, Lake Bluff, IL 60044**

**PO BOX 13004**
**Philadelphia, PA 19101**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**
_____
**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

Debtor    **Vecto, Inc.**
Name

Case number (if known)

**9595**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check that all apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 3 | **Marlin Capital Soluitions** | **Describe debtor's property that is subject to a lien** | $98,000.00 | $41,000.00 |
|---|---|---|---|---|

Creditor's Name

**2018 Volvo; VIN: 4V4NC9EH1JN961330
Debtor will surrender the truck**

**PO BOX 13004
Philadelphia, PA 19101**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**9595**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.1 4 | **TAB Bank** | **Describe debtor's property that is subject to a lien** | $171,000.00 | $126,000.00 |
|---|---|---|---|---|

Creditor's Name

**Three 2023 Utility trailers
1UYVS2530P3880626
1UYVS2532P3880627
1UYVS2534P3880628**

**4185 Harrison Blvd.
Ogden, UT 84403**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**8322**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.1 5 | **TAB Bank** | **Describe debtor's property that is subject to a lien** | $110,000.00 | $80,000.00 |
|---|---|---|---|---|

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 6 of 8

Debtor  **Vecto, Inc.** _____   Case number (if known) _____
         Name

Creditor's Name

**Two 2023 Utility Trailers**

**4185 Harrison Blvd.**
**Ogden, UT 84403**

**1UYVS253XP3821406**
**1UYVS2537P3821413**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7994**

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **TAB Bank** | Describe debtor's property that is subject to a lien | $15,000.00 | $5,000.00 |
|---|---|---|---|---|

Creditor's Name

**2018 Freightliner Cascadia Truck; VIN:**
**3AKJGLD51GSHD4612 engine blown;**
**currently parked at Versa Trailer Repair; 2410**
**West 140th St, Posen, IL 60469**
**Debtor will surrender this vehicle**

**4185 Harrison Blvd.**
**Ogden, UT 84403**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**6642**

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **Us Bank** | Describe debtor's property that is subject to a lien | $115,000.00 | $49,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy**
**Po Box 5229**
**cincinnati, OH 45201**

**2018 Volvo truck; 4V4NC9EH1JN961263**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

Debtor      **Vecto, Inc.**                                                    Case number (*if known*) _____
_____
Name

**Date debt was incurred**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**4000**

**Do multiple creditors have an
interest in the same property?**          **As of the petition filing date, the claim is:**
Check all that apply

☑ No                                       ☐ Contingent

☐ Yes. Specify each creditor,              ☐ Unliquidated
including this creditor and its relative
priority.                                  ☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $1,960,200.0 0 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name   **Vecto, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.1** | Priority creditor's name and mailing address<br>**FMCSA**<br>**4749 Lincoln Mall Drive**<br>**Suite 300A**<br>**Matteson, IL 60443** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $38,000.00 | $38,000.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO BOX 7346**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $100,000.00 | $100,000.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Vecto, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

2.3    Priority creditor's name and mailing address

**Paul Cain**
**9177 South Chicago**
**Apt. 501**
**Chicago, IL 60617**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**wage claim**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,362.99** |
|---|---|---|---|

**Afni Insurance**
**PO BOX 3787**
**Plato Center, IL 60170-2000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __insurance claim__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00** |
|---|---|---|---|

**Bank Of America**
**4909 Savarese Circle**
**Fl1-908-01-50**
**Tampa, FL 33634**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __credit card__

**Last 4 digits of account number** __5773__

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00** |
|---|---|---|---|

**Blue Vine/Celtic Bank**
**401 Warrent St. Suite 300**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __loan__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Capital One**
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __loan__

**Last 4 digits of account number** __777__

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Chase Card Services**
**Attn: Bankruptcy**
**Po Box 15298**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __credit card__

**Last 4 digits of account number** __5693__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Vecto, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6** | Nonpriority creditor's name and mailing address
**Chase Card Services**
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Date(s) debt was incurred _
Last 4 digits of account number **3683**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **credit card**

Is the claim subject to offset? ☐ No ☐ Yes

**$33,000.00**

---

**3.7** | Nonpriority creditor's name and mailing address
**Deaprtment of Treasury**
SBA
409 3rd St. SW
Washington, DC 20416

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SBA loan**

Is the claim subject to offset? ☐ No ☐ Yes

**$150,000.00**

---

**3.8** | Nonpriority creditor's name and mailing address
**Delta Management**
100 Everett Ave #6
Chelsea, MA 02150

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor**

Is the claim subject to offset? ☐ No ☐ Yes

**$3,181.25**

---

**3.9** | Nonpriority creditor's name and mailing address
**Dennis Chicon**
359 Church St.
River Falls, WI 54022

Date(s) debt was incurred _
Last 4 digits of account number **0571**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **workers comp claim**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.10** | Nonpriority creditor's name and mailing address
**Deron Swinton**
5170 Collins Road
Apt. 1907
Jacksonville, FL 32244

Date(s) debt was incurred _
Last 4 digits of account number **3474**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **workers comp claim**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.11** | Nonpriority creditor's name and mailing address
**Divvy Business credit card**
13707 S 200 W
Suite 100
Draper, UT 84020

Date(s) debt was incurred _
Last 4 digits of account number **0046**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **credit card**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,000.00**

---

**3.12** | Nonpriority creditor's name and mailing address
**Driver Lab**
W 7972 Glacier
Oxford, WI 53952

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor**

Is the claim subject to offset? ☑ No ☐ Yes

**$41,000.00**

---

| Debtor | **Vecto, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,000.00**

**Funding Circle**
**707 17th St**
**Suite 2200**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00**

**Good Year tires**
**200 Innovation Way**
**Akron, OH 44316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$98,992.00**

**Huntington Bank**
**Attn: Bankruptcy**
**Po Box 182519**
**Columbus, OH 43218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **loan**

Last 4 digits of account number  **1092**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,400.00**

**Huntington Bank**
**Attn: Bankruptcy**
**Po Box 182519**
**Columbus, OH 43218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **credit card**

Last 4 digits of account number  **6274**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**John Barreto**
**1 Earview Terrace**
**Boston, MA 02201**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **workers comp claim**

Last 4 digits of account number  **3421**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00**

**Kabbage**
**730 Peachtree St. NE**
**Suite 1100**
**Atlanta, GA 30308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00**

**Knelll O'Connor Danielewicz**
**901 W Jackson**
**Suite 301**
**Chicago, IL 60607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **attorney fees**

Last 4 digits of account number  **7SEV**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vecto, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.20** | **Nonpriority creditor's name and mailing address** | **$135,000.00**

**Kunkle and Associates**
**401 Data Ct**
**Dubuque, IA 52003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **$35,000.00**

**Leaf Capital Funding LLC**
**2005 Market St, 14th Floor**
**Philadelphia, PA 19103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **$0.00**

**M&K National Lease**
**8800 Byron Commerce Drive**
**Byron Center, MI 49315**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **notice only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **$15,000.00**

**Moseley Macinak Law Group**
**4324 Wade Hampton Blvd**
**Suite B**
**Taylors, SC 29687**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **attorney fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **$4,000.00**

**Ohio Bereau of Workers Compensation**
**30 West Spring Street**
**Columbus, OH 43215**

Date(s) debt was incurred _

Last 4 digits of account number  **1818**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **workers comp claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **$27,500.00**

**OnDeck**
**1400 Broadway**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **$52,000.00**

**OnDeck**
**1400 Broadway**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Vecto, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,870.00**

**PNC Bank**
**Attn: Bankruptcy Department**
**Po Box 94982: Mailstop Br-Yb58-01-5**
**Cleveland, OH 44101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **credit card**

Last 4 digits of account number  **5487**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90,947.00**

**PNC Bank**
**Attn: Bankruptcy Department**
**Po Box 94982: Mailstop Br-Yb58-01-5**
**Cleveland, OH 44101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **loan**

Last 4 digits of account number  **2315**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00**

**Ryder Truck Rental**
**c/o Walsh and Gaertner**
**24 East Fourth St.**
**Saint Paul, MN 55101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Spear Logistics**
**655 Clarke Dr**
**Dubuque, IA 52001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **notice only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,000.00**

**Us Bank**
**Attn: Bankruptcy**
**Po Box 5229**
**cincinnati, OH 45201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **credit card**

Last 4 digits of account number  **4921**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,000.00**

**Us Bank**
**Attn: Bankruptcy**
**Po Box 5229**
**cincinnati, OH 45201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **credit card**

Last 4 digits of account number  **4788**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00**

**Vendomatic**
**433 Burlington Ave**
**Clarendon Hills, IL 60514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

| Debtor | **Vecto, Inc.** | Case number (if known) | |
|--------|-----------------|------------------------|--|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Commercial Collections of America**<br>**377 W Louise Ave**<br>**Manteca, CA 95336** | Line  3.3<br><br>☐  Not listed. Explain ____ | 0804 |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $            138,000.00 |
| 5b. Total claims from Part 2 | 5b.  +  $ | 1,244,253.24 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.  $ | 1,382,253.24 |

**Fill in this information to identify the case:**

Debtor name **Vecto, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Debtor's office space** | |
| | State the term remaining | **month to month** | **Stanton Enterprises** |
| | List the contract number of any government contract | | **106 Stephen St. Suite 203 Lemont, IL 60439** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2019 Wabash trailer** | |
| | State the term remaining | **13 months** | **Transportation Equipment Leasing Chatanooga** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2021 Peterbuilt truck; VIN: 1XPBD49X0MD748796 Debtor will surrender** | |
| | State the term remaining | **24 months** | **Transportation Equipment Leasing Chatanooga** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Two 2020 Kenworth trucks:** **1XPBDP9X3LD717932 1XPBDP9X3LD651138** | |
| | State the term remaining | **1 months** | **Transportation Equipment Leasing Chatanooga** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **Vecto, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Jonas Kaminsas** | **827 W North St** **Hinsdale, IL 60521** | **Afni Insurance** | ☐ D _____ ■ E/F __3.1__ ☐ G _____ |
| 2.2 | **Jonas Kaminsas** | **827 W North St** **Hinsdale, IL 60521** | **Ascentium Capital** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Jonas Kaminsas** | **827 W North St** **Hinsdale, IL 60521** | **Ascentium Capital** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Jonas Kaminsas** | **827 W North St** **Hinsdale, IL 60521** | **Bank Of America** | ☐ D _____ ■ E/F __3.2__ ☐ G _____ |
| 2.5 | **Jonas Kaminsas** | **827 W North St** **Hinsdale, IL 60521** | **Banterra Bank** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Vecto, Inc.** | Case number *(if known)* | |
|---|---|---|---|

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|

| 2.6 | **Jonas Kaminsas** | **827 W North St**<br>**Hinsdale, IL 60521** | **Blue Vine/Celtic Bank** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.7 | **Jonas Kaminsas** | **827 W North St**<br>**Hinsdale, IL 60521** | **BMO Harris Bank** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Jonas Kaminsas** | **827 W North St**<br>**Hinsdale, IL 60521** | **BMO Harris Bank** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Jonas Kaminsas** | **827 W North St**<br>**Hinsdale, IL 60521** | **Bryn Mawr Bank** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Jonas Kaminsas** | **827 W North St**<br>**Hinsdale, IL 60521** | **Capital One** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.11 | **Jonas Kaminsas** | **827 W North St**<br>**Hinsdale, IL 60521** | **Chase Card Services** | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |
| 2.12 | **Jonas Kaminsas** | **827 W North St**<br>**Hinsdale, IL 60521** | **Chase Card Services** | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.13 | **Jonas Kaminsas** | **827 W North St**<br>**Hinsdale, IL 60521** | **Continental Bank** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Vecto, Inc.** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| 2.14 | Jonas Kaminsas | 827 W North St<br>Hinsdale, IL 60521 | Continental Bank | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | Jonas Kaminsas | 827 W North St<br>Hinsdale, IL 60521 | Continental Bank | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | Jonas Kaminsas | 827 W North St<br>Hinsdale, IL 60521 | Delta Management | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |
| 2.17 | Jonas Kaminsas | 827 W North St<br>Hinsdale, IL 60521 | Divvy Business credit card | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.18 | Jonas Kaminsas | 827 W North St<br>Hinsdale, IL 60521 | Engs Commercial Finance Co. | ■ D __2.10__<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | Jonas Kaminsas | 827 W North St<br>Hinsdale, IL 60521 | Engs Commercial Finance Co. | ■ D __2.11__<br>☐ E/F _____<br>☐ G _____ |
| 2.20 | Jonas Kaminsas | 827 W North St<br>Hinsdale, IL 60521 | FMCSA | ☐ D _____<br>■ E/F __2.1__<br>☐ G _____ |
| 2.21 | Jonas Kaminsas | 827 W North St<br>Hinsdale, IL 60521 | Funding Circle | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |

| Debtor | **Vecto, Inc.** | | Case number *(if known)* | |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | **Jonas Kaminsas** | **827 W North St**<br>**Hinsdale, IL 60521** | **Huntington Bank** | ☐ D _____<br>■ E/F __3.15__<br>☐ G _____ |
| 2.23 | **Jonas Kaminsas** | **827 W North St**<br>**Hinsdale, IL 60521** | **Huntington Bank** | ☐ D _____<br>■ E/F __3.16__<br>☐ G _____ |
| 2.24 | **Jonas Kaminsas** | **827 W North St**<br>**Hinsdale, IL 60521** | **Internal Revenue Service** | ☐ D _____<br>■ E/F __2.2__<br>☐ G _____ |
| 2.25 | **Jonas Kaminsas** | **827 W North St**<br>**Hinsdale, IL 60521** | **Kabbage** | ☐ D _____<br>■ E/F __3.18__<br>☐ G _____ |
| 2.26 | **Jonas Kaminsas** | **827 W North St**<br>**Hinsdale, IL 60521** | **Leaf Capital Funding LLC** | ☐ D _____<br>■ E/F __3.21__<br>☐ G _____ |
| 2.27 | **Jonas Kaminsas** | **827 W North St**<br>**Hinsdale, IL 60521** | **M&K National Lease** | ☐ D _____<br>■ E/F __3.22__<br>☐ G _____ |
| 2.28 | **Jonas Kaminsas** | **827 W North St**<br>**Hinsdale, IL 60521** | **Marlin Capital Soluitions** | ■ D __2.12__<br>☐ E/F _____<br>☐ G _____ |
| 2.29 | **Jonas Kaminsas** | **827 W North St**<br>**Hinsdale, IL 60521** | **Marlin Capital Soluitions** | ■ D __2.13__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Vecto, Inc.** | Case number *(if known)* | |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| 2.30 | Jonas Kaminsas | 827 W North St<br>Hinsdale, IL 60521 | OnDeck | ☐ D _____<br>■ E/F __3.25__<br>☐ G _____ |

| 2.31 | Jonas Kaminsas | 827 W North St<br>Hinsdale, IL 60521 | OnDeck | ☐ D _____<br>■ E/F __3.26__<br>☐ G _____ |

| 2.32 | Jonas Kaminsas | 827 W North St<br>Hinsdale, IL 60521 | Paul Cain | ☐ D _____<br>■ E/F __2.3__<br>☐ G _____ |

| 2.33 | Jonas Kaminsas | 827 W North St<br>Hinsdale, IL 60521 | PNC Bank | ☐ D _____<br>■ E/F __3.27__<br>☐ G _____ |

| 2.34 | Jonas Kaminsas | 827 W North St<br>Hinsdale, IL 60521 | PNC Bank | ☐ D _____<br>■ E/F __3.28__<br>☐ G _____ |

| 2.35 | Jonas Kaminsas | 827 W North St<br>Hinsdale, IL 60521 | Ryder Truck Rental | ☐ D _____<br>■ E/F __3.29__<br>☐ G _____ |

| 2.36 | Jonas Kaminsas | 827 W North St<br>Hinsdale, IL 60521 | Spear Logistics | ☐ D _____<br>■ E/F __3.30__<br>☐ G _____ |

| 2.37 | Jonas Kaminsas | 827 W North St<br>Hinsdale, IL 60521 | TAB Bank | ■ D __2.14__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Vecto, Inc.** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.38 | Jonas Kaminsas | 827 W North St<br>Hinsdale, IL 60521 | TAB Bank | ■ D __2.15__<br>☐ E/F _____<br>☐ G _____ |
| 2.39 | Jonas Kaminsas | 827 W North St<br>Hinsdale, IL 60521 | TAB Bank | ■ D __2.16__<br>☐ E/F _____<br>☐ G _____ |
| 2.40 | Jonas Kaminsas | 827 W North St<br>Hinsdale, IL 60521 | Us Bank | ■ D __2.17__<br>☐ E/F _____<br>☐ G _____ |
| 2.41 | Jonas Kaminsas | 827 W North St<br>Hinsdale, IL 60521 | Us Bank | ☐ D _____<br>■ E/F __3.31__<br>☐ G _____ |
| 2.42 | Jonas Kaminsas | 827 W North St<br>Hinsdale, IL 60521 | Us Bank | ☐ D _____<br>■ E/F __3.32__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name __**Vecto, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,000,000.00** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$8,000,000.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$11,174,442.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor    **Vecto, Inc.**

Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Pilot Receivables** <br> **5508 Lonas Drive** <br> **Knoxville, TN 37909** | | **$45,000.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other__ |
| 3.2. **Love's Travel Stops** <br> **PO BOX 842568** <br> **Kansas City, MO 64184** | | **$35,000.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other__ |
| 3.3. **Transport Enterprise Leasing** <br> **400 Birmingham Hwy** <br> **Chattanooga, TN 37419** | | **$0.00** | ■ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other__ |
| 3.4. **Custom Critical Carrier Co.** <br> **136 5th Ave S** <br> **Clinton, IA 52732** | | **$45,000.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other__ |
| 3.5. **EFS LLC** <br> **PO BOX 630038** <br> **Cincinnati, OH 45263-0038** | | **$15,000.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other__ |
| 3.6. **Truck City, Inc.** <br> **13840 Leola Drive** <br> **Lake Bluff, IL 60044** | | **$25,000.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other__ |
| 3.7. **RVK Trucking** <br> **13833 Leola Drive** <br> **Lake Bluff, IL 60044** | | **$25,000.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other__ |
| 3.8. **Engs Commercial Finance Co.** <br> **1 Pierce Pl #1100** <br> **Itasca, IL 60143** | | **$18,000.00** | ■ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other__ |

Debtor   **Vecto, Inc.** _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9.  **Continental Bank**<br>**15 W South Temple St.**<br>**Suite 300**<br>**Salt Lake City, UT 84101** | | **$19,000.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.10. **BMO Harris Bank**<br>**Attn: Bankruptcy**<br>**Po Box 2035**<br>**Milwaukee, WI 53201** | | **$25,000.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.11. **US Bank Equipment Finance**<br>**c/o Askounis and Darcy**<br>**444 North Michigan Ave, Suite 3270**<br>**Chicago, IL 60611** | | **$9,000.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.12. **Ascentium Capital**<br>**PO BOX 979059**<br>**Miami, FL 33197** | | **$22,000.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.13. **Banterra Bank**<br>**PO BOX 310**<br>**Marion, IL 62959** | | **$17,000.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.14. **Transportation Alliance Bank**<br>**4185 Harrison Boulevard, Suite 200**<br>**Ogden, UT 84401** | | **$22,000.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.15. **Driver Lab LLC**<br>**W 7972 Glacier**<br>**Oxford, WI 53952** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.16. **IPFS Corp**<br>**PO BOX 5544**<br>**Chicago, IL 60680** | | **$55,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor   **Vecto, Inc.** _____   Case number (if known) _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.17. **Illinois Tollway Authority**<br>**PO BOX 5201**<br>**Lisle, IL 60532** | | **$2,200.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.18. **On the Road Systems**<br>**521 6th Ave**<br>**La Grange, IL 60525** | | **$17,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.19. **Illinois Secretary of State**<br>**213 State Capitol**<br>**Springfield, IL 62756** | | **$24,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.20. **Internal Revenue Service**<br>**PO BOX 7346**<br>**Philadelphia, PA 19101** | | **$8,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **taxes** |
| 3.21. **Capital One**<br>**Attn: Bankruptcy**<br>**Po Box 30285**<br>**Salt Lake City, UT 84130** | | **$16,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

| Debtor | **Vecto, Inc.** | Case number *(if known)* | |
|---|---|---|---|

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

□ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Deron Swinton v. Vecto, Inc.**<br>**21WC013474** | **workers comp** | **IWCC** | ■ Pending<br>□ On appeal<br>□ Concluded |
| 7.2. | **Dennis Chicon v. Vecto, Inc.**<br>**20WC020571** | **workers comp** | **IWCC** | ■ Pending<br>□ On appeal<br>□ Concluded |
| 7.3. | **John Barreto v. Vecto, Inc.**<br>**19WC023421** | **workers comp** | **IWCC** | ■ Pending<br>□ On appeal<br>□ Concluded |
| 7.4. | **Paul Cain v. Vecto, Inc. et al**<br>**19-S00586** | **wage claim** | **Illinois Department of Labor** | ■ Pending<br>□ On appeal<br>□ Concluded |
| 7.5. | **OH Bureau of workers Comp**<br>**v. Vecto, Inc.**<br>**2023 CVE 001818** | **workers comp** | **Ohio Municipal Court, Franklin** | ■ Pending<br>□ On appeal<br>□ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **Vecto, Inc.** _____    Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Offices of David Freydin<br>8707 Skokie Blvd<br>Suite 305<br>Skokie, IL 60077** | **Attorney Fees** | **various** | **$10,000.00** |
| | **Email or website address**<br>**david.freydin@freydinlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☑ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:

Debtor  **Vecto, Inc.**                                     Case number *(if known)* _____

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

- ■ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

Debtor    **Vecto, Inc.**                                                    Case number *(if known)*

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|

Debtor    **Vecto, Inc.**                                                    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Howard J Goberstein**<br>**HG Financial Consultants, Inc.**<br>60 Revere Drive, Suite 600<br>Northbrook, IL 60062 | **2017 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jonas Kaminsas** | **827 W North St**<br>**Hinsdale, IL 60521** | **President** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor    **Vecto, Inc.**                                                   Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Jonas Kaminsas**<br>**827 W North St**<br>**Hinsdale, IL 60521** | **$80,000** | **April 2022 - present** | **Salary for managing the business** |
| | Relationship to debtor<br>**Owner** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April  2, 2023**
_____

**/s/ Jonas Kaminskas**                                 **Jonas Kaminskas**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**
_____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Vecto, Inc.** _____   Case No. _____

_____ Debtor(s)   Chapter   **11**  _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **HOURLY** |
| Prior to the filing of this statement I have received | $ | **$10,000** |
| Balance Due | $ | **HOURLY** |

2. The source of the compensation paid to me was:

   ☑ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor   ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April  2, 2023** _____
*Date*

**/s/ David Freydin**
**David Freydin**
*Signature of Attorney*
**Law Offices of David Freydin**
**8707 Skokie Blvd**
**Suite 305**
**Skokie, IL 60077**
**888-536-6607  Fax: 866-575-3765**
**david.freydin@freydinlaw.com**
*Name of law firm*

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Vecto, Inc.**

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **April  2, 2023**

Signature  **/s/ Jonas Kaminskas**

**Jonas Kaminskas**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Illinois

In re **Vecto, Inc.**

Debtor(s)

Case No.

Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **100**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **April  2, 2023**

**/s/ Jonas Kaminskas**
**Jonas Kaminskas**/**President**
Signer/Title

Afni Insurance
PO BOX 3787
Plato Center, IL 60170-2000


Ascentium Capital
PO BOX 979059
Miami, FL 33197


Ascentium Capital
PO BOX 979059
Miami, FL 33197-9000


Bank Of America
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634


Banterra Bank
PO BOX 310
Marion, IL 62959


Blue Vine/Celtic Bank
401 Warrent St. Suite 300
Redwood City, CA 94063


BMO Harris Bank
Attn: Bankruptcy
Po Box 2035
Milwaukee, WI 53201


BMO Harris Bank
Attn: Bankruptcy
Po Box 2035
Milwaukee, WI 53201


Bryn Mawr Bank
50 West Lancaster
Ardmore, PA 19003


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850


Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850


Commercial Collections of America
377 W Louise Ave
Manteca, CA 95336


Continental Bank
15 W South Temple
Suite 300
Salt Lake City, UT 84101


Continental Bank
15 W South Temple
Suite 300
Salt Lake City, UT 84101


Continental Bank
15 W South Temple
Suite 300
Salt Lake City, UT 84101


Deaprtment of Treasury
SBA
409 3rd St. SW
Washington, DC 20416


Delta Management
100 Everett Ave #6
Chelsea, MA 02150


Dennis Chicon
359 Church St.
River Falls, WI 54022


Deron Swinton
5170 Collins Road
Apt. 1907
Jacksonville, FL 32244

```
Divvy Business credit card
13707 S 200 W
Suite 100
Draper, UT 84020


Driver Lab
W 7972 Glacier
Oxford, WI 53952


Engs Commercial Finance Co.
1 Pierce Pl #1100
Itasca, IL 60143


Engs Commercial Finance Co.
1 Pierce Pl #1100
Itasca, IL 60143


FMCSA
4749 Lincoln Mall Drive
Suite 300A
Matteson, IL 60443


Funding Circle
707 17th St
Suite 2200
Denver, CO 80202


Good Year tires
200 Innovation Way
Akron, OH 44316


Huntington Bank
Attn: Bankruptcy
Po Box 182519
Columbus, OH 43218


Huntington Bank
Attn: Bankruptcy
Po Box 182519
Columbus, OH 43218


Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101
```

```
John Barreto
1 Earview Terrace
Boston, MA 02201


Jonas Kaminsas
827 W North St
Hinsdale, IL 60521


Jonas Kaminsas
827 W North St
Hinsdale, IL 60521


Jonas Kaminsas
827 W North St
Hinsdale, IL 60521


Jonas Kaminsas
827 W North St
Hinsdale, IL 60521


Jonas Kaminsas
827 W North St
Hinsdale, IL 60521


Jonas Kaminsas
827 W North St
Hinsdale, IL 60521


Jonas Kaminsas
827 W North St
Hinsdale, IL 60521


Jonas Kaminsas
827 W North St
Hinsdale, IL 60521


Jonas Kaminsas
827 W North St
Hinsdale, IL 60521


Jonas Kaminsas
827 W North St
Hinsdale, IL 60521
```

Jonas Kaminsas
827 W North St
Hinsdale, IL 60521

Jonas Kaminsas
827 W North St
Hinsdale, IL 60521

Jonas Kaminsas
827 W North St
Hinsdale, IL 60521

Jonas Kaminsas
827 W North St
Hinsdale, IL 60521

Jonas Kaminsas
827 W North St
Hinsdale, IL 60521

Jonas Kaminsas
827 W North St
Hinsdale, IL 60521

Jonas Kaminsas
827 W North St
Hinsdale, IL 60521

Jonas Kaminsas
827 W North St
Hinsdale, IL 60521

Jonas Kaminsas
827 W North St
Hinsdale, IL 60521

Jonas Kaminsas
827 W North St
Hinsdale, IL 60521

Jonas Kaminsas
827 W North St
Hinsdale, IL 60521

Jonas Kaminsas
827 W North St
Hinsdale, IL 60521


Jonas Kaminsas
827 W North St
Hinsdale, IL 60521


Jonas Kaminsas
827 W North St
Hinsdale, IL 60521


Jonas Kaminsas
827 W North St
Hinsdale, IL 60521


Jonas Kaminsas
827 W North St
Hinsdale, IL 60521


Jonas Kaminsas
827 W North St
Hinsdale, IL 60521


Jonas Kaminsas
827 W North St
Hinsdale, IL 60521


Jonas Kaminsas
827 W North St
Hinsdale, IL 60521


Jonas Kaminsas
827 W North St
Hinsdale, IL 60521


Jonas Kaminsas
827 W North St
Hinsdale, IL 60521


Jonas Kaminsas
827 W North St
Hinsdale, IL 60521

```
Jonas Kaminsas
827 W North St
Hinsdale, IL 60521


Jonas Kaminsas
827 W North St
Hinsdale, IL 60521


Jonas Kaminsas
827 W North St
Hinsdale, IL 60521


Jonas Kaminsas
827 W North St
Hinsdale, IL 60521


Jonas Kaminsas
827 W North St
Hinsdale, IL 60521


Jonas Kaminsas
827 W North St
Hinsdale, IL 60521


Jonas Kaminsas
827 W North St
Hinsdale, IL 60521


Jonas Kaminsas
827 W North St
Hinsdale, IL 60521


Jonas Kaminsas
827 W North St
Hinsdale, IL 60521


Jonas Kaminsas
827 W North St
Hinsdale, IL 60521


Kabbage
730 Peachtree St. NE
Suite 1100
Atlanta, GA 30308
```

Knelll O'Connor Danielewicz
901 W Jackson
Suite 301
Chicago, IL 60607


Kunkle and Associates
401 Data Ct
Dubuque, IA 52003


Leaf Capital Funding LLC
2005 Market St, 14th Floor
Philadelphia, PA 19103


M&K National Lease
8800 Byron Commerce Drive
Byron Center, MI 49315


Marlin Capital Soluitions
PO BOX 13004
Philadelphia, PA 19101


Marlin Capital Soluitions
PO BOX 13004
Philadelphia, PA 19101


Moseley Macinak Law Group
4324 Wade Hampton Blvd
Suite B
Taylors, SC 29687


Ohio Bereau of Workers Compensation
30 West Spring Street
Columbus, OH 43215


OnDeck
1400 Broadway
New York, NY 10018


OnDeck
1400 Broadway
New York, NY 10018

Paul Cain
9177 South Chicago
Apt. 501
Chicago, IL 60617


PNC Bank
Attn: Bankruptcy Department
Po Box 94982: Mailstop Br-Yb58-01-5
Cleveland, OH 44101


PNC Bank
Attn: Bankruptcy Department
Po Box 94982: Mailstop Br-Yb58-01-5
Cleveland, OH 44101


Ryder Truck Rental
c/o Walsh and Gaertner
24 East Fourth St.
Saint Paul, MN 55101


Spear Logistics
655 Clarke Dr
Dubuque, IA 52001


Stanton Enterprises
106 Stephen St.
Suite 203
Lemont, IL 60439


TAB Bank
4185 Harrison Blvd.
Ogden, UT 84403


TAB Bank
4185 Harrison Blvd.
Ogden, UT 84403


TAB Bank
4185 Harrison Blvd.
Ogden, UT 84403


Transportation Equipment Leasing
Chatanooga

```
Transportation Equipment Leasing
Chatanooga


Transportation Equipment Leasing
Chatanooga


Us Bank
Attn: Bankruptcy
Po Box 5229
cincinnati, OH 45201


Us Bank
Attn: Bankruptcy
Po Box 5229
cincinnati, OH 45201


Us Bank
Attn: Bankruptcy
Po Box 5229
cincinnati, OH 45201


Vendomatic
433 Burlington Ave
Clarendon Hills, IL 60514
```

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Vecto, Inc.**                                        Case No.

Debtor(s)                          Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Vecto, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

April  2, 2023

Date

/s/ David Freydin

**David Freydin**

Signature of Attorney or Litigant

Counsel for   **Vecto, Inc.**

**Law Offices of David Freydin**

**8707 Skokie Blvd**
**Suite 305**
**Skokie, IL 60077**
**888-536-6607 Fax:866-575-3765**
**david.freydin@freydinlaw.com**